IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREMY D. BOLLINGER                                                                                    PLAINTIFF

v.                                    CIVIL NO. 2:24-cv-02118-MEF

MARTIN J. O'MALLEY, Commissioner,
Social Security Administration                                                                      DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Jeremy Bollinger, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner").  (ECF No. 2).  On September 24, 2021, Plaintiff filed a Motion to Dismiss, after his Motion to Proceed In Forma Pauperis was denied by this Court on September 17, 2024.  (ECF No. 6, 7).  Plaintiff now requests that his case be dismissed without prejudice.  (ECF No. 7).

Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 25th day of September 2025.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE