IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREMY D. BOLLINGER                                         PLAINTIFF


          v.                    CIVIL NO. 2:24-cv-02118-MEF


MARTIN J. O'MALLEY, Commissioner,
Social Security Administration                             DEFENDANT

## **JUDGMENT**

For the reasons stated in the Court's Order of Dismissal, the clerk is ordered to dismiss the

Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 25th day of September 2024.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE